CALHOUN *v.* ARNOLD, administrator.

GILBERT, J. 1. The judgment of the court overruling the demurrer was not erroneous.

2. According to the uniform ruling of this court, where the verdict is not demanded by the law and the evidence, the judgment of the trial court awarding a first new trial will not be disturbed.

*Judgment affirmed. All the Justices concur, except*

ATKINSON, J., who dissents on the ground that the evidence demanded the verdict in favor of the transferee of the insurance policy in the contest over the fund between the administrator upon the estate of the insured and the transferee, and that the judge erred in granting a new trial.

No. 1233. APRIL 18, 1919.

Equitable petition. Before Judge Graham. Dooly superior court. October 24, 1918.

*Watts Powell, W. H. Lasseter,* and *Jule Felton,* for plaintiff in error.

*Jere M. Moore, L. L. Woodward,* and *Jones & Bussey,* contra.